Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ashley N. Greene**
Debtor(s)

Bankruptcy Case No.: 19–24792–CMB
per 1/27/2020 proceeding
Chapter: 13
Docket No.: 25 – 2
Concil. Conf.: June 11, 2020 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 12/13/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 11, 2020 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H. Additional Terms:

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: January 31, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:   All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                          Case No. 19-24792-CMB
Ashley N. Greene                                                Chapter 13
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw                  Page 1 of 2                  Date Rcvd: Jan 31, 2020
                               Form ID: 149                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db             +Ashley N. Greene,    383 Sunrise Drive,    Carnegie, PA 15106-6514
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15171348       +Aes/ Bony Us,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15171349       +Aes/nct,   Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
15171352        Apothaker Scian, P.C.,    520 Fellowship Road, Suite C306,    PO Box 5496,
                 Mount Laurel, NJ 08054-5496
15171353       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15183241       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
15171354       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
15171358       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15171359       +Citizens Bank,    Attn: Bankruptcy,    1 Citizens  Dr,    Riverside, RI 02915-3000
15171363        Everett & Hurite,    Opthalmic Association,    PO Box 644804,    Pittsburgh, PA 15264-4804
15171364       +Express Scripts,    Attn: Cash Office,    PO Box 747000,    Cincinnati, OH 45274-7000
15181031       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15171366       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
15171368       +Nissan Motor Acceptance Corp/Infiniti,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
15184682       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
15171370       +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15171369       +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                 Los Angeles, CA 90051-4387
15171371       +Psychotherapy Associates,    2275 Swallow Hill Road,    Building 1000,
                 Pittsburgh, PA 15220-1673
15171372        Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
15171373        St. Clair Hospital,    Patient BIlling Processing Center,    PO Box 791486,
                 Baltimore, MD 21279-1486
15171377       +Upstart,   Attn: Bankruptcy,    Po Box 1503,    San Carlos, CA 94070-7503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Feb 01 2020 04:08:12     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2020 04:12:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15171351        E-mail/Text: EBNProcessing@afni.com Feb 01 2020 04:07:21     AFNI,    1310 Martin Luther Drive,
                 PO Box 3517,    Bloomington, IL 61702-3517
15171347        E-mail/Text: jhill@arc1.biz Feb 01 2020 04:07:11     Account Resolution Corporation,
                 PO Box 3860,    Chesterfield, MO 63006-3860
15171350       +E-mail/Text: backoffice@affirm.com Feb 01 2020 04:08:31     Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
15171355       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Feb 01 2020 04:07:54     Bridgecrest,
                 PO Box 53087,    Phoenix, AZ 85072-3087
15171356       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 04:28:46     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15174802        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 04:10:51
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15171357       +E-mail/Text: bankruptcy@cavps.com Feb 01 2020 04:07:40     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
15172120       +E-mail/Text: bankruptcy@cavps.com Feb 01 2020 04:07:40     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15171360       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 01 2020 04:07:14
                 Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15171361       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 01 2020 04:08:22
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
15171362       +E-mail/Text: ccusa@ccuhome.com Feb 01 2020 04:05:41     Credit Collections U.S.A.,
                 16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
15171365       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 01 2020 04:08:32     Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401
15188454       +E-mail/Text: bankruptcy@moneylion.com Feb 01 2020 04:08:02     MoneyLion,    PO BOX 1547,
                 Sandy, UT 84091-1547
15171367       +E-mail/Text: bankruptcy@moneylion.com Feb 01 2020 04:08:02     Moneylion,
                 Attn: Bankruptcy Dept,    P.O. Box 1547,    Sandy, UT 84091-1547
15171374       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:10:41     Synchrony Bank,    PO Box 5138,
                 Lutherville Timonium, MD 21094-5138
15171462       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:12:40     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15171375       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:12:38     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
15171376       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:12:36     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0315-2          User: dsaw               Page 2 of 2                   Date Rcvd: Jan 31, 2020
                              Form ID: 149             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15171378         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 01 2020 04:05:35
                   Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PENNYMAC LOAN SERVICES, LLC
15178053*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15181145*       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                   c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
                                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew M. Brennan    on behalf of Debtor Ashley N. Greene attorneymatthewbrennan@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6
```