# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ashley N. Greene<br>　　　　　　　　　　Debtor(s) | |
| Nissan Motor Acceptance Corporation<br>　　　　　　　　　　Movant<br>　　　　v.<br>Ashley N. Greene<br>　　　　　　　　　　Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 19-24792 CMB<br><br>CHAPTER 13<br><br>Related to Docket # ___32___ |

## ENTERED BY DEFAULT
### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 27th day of April, 2020, at Pittsburgh, upon Motion of Nissan Motor Acceptance Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Rogue Sport, VIN: JN1BJ1CR4HW111698, in a commercially reasonable manner. The 14-day stay under Rule 4001 is waived.

cc: See attached service list:

　　　　　　　　　　　　　　　　　　　Carlota M. Böhm　　dmk
　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

FILED
4/27/20 7:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Ashley N. Greene
383 Sunrise Drive
Carnegie, PA 15106

Matthew Brennan Esq.
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Avenue Suite 201
Pittsburgh, PA 15206
 attorneymatthewbrennan@gmail.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24792-CMB
Ashley N. Greene                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Apr 27, 2020
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
db              +Ashley N. Greene,    383 Sunrise Drive,    Carnegie, PA 15106-6514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com, cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Matthew M. Brennan    on behalf of Debtor Ashley N. Greene attorneymatthewbrennan@gmail.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                  TOTAL: 8