# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ASHLEY N. GREENE
- Case Number: 19-24792-CMB      Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 11, 2020 11:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#2 - Final Confirmation of Plan Dated 12/13/2019 (NFC)
R / M #: 2 / 0

**Appearances:**

- Debtor: Brennan
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome: Confirmed / Final

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

§ 341(a) concluded - SSJ #
verified

FILED
6/19/20 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/2/2020    12:47:37PM