# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

03/31/2022

IN RE:

ASHLEY N. GREENE
383 SUNRISE DRIVE
CARNEGIE, PA 15106
XXX-XX-5846 Debtor(s)

Case No.19-24792 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/31/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

**SYNCHRONY BANK**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA 23541
Trustee Claim Number:1 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.: 9634
CLAIM: 0.00
COMMENT: JCP/PRAE

**BERNSTEIN BURKLEY PC**
601 GRANT ST - 9TH FL
PITTSBURGH, PA 15219
Trustee Claim Number:2 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.:
CLAIM: 0.00
COMMENT: DUQ LITE/PRAE

**KML LAW GROUP PC***
701 MARKET ST STE 5000
PHILADELPHIA, PA 19106
Trustee Claim Number:3 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.:
CLAIM: 0.00
COMMENT: PENNYMAC/PRAE

**JEFFERSON CAPITAL SYSTEMS LLC***
PO BOX 772813
CHICAGO, IL 60677-2813
Trustee Claim Number:4 INT %: 0.00% CRED DESC: VEHICLE
Court Claim Number:18 ACCOUNT NO.: 2333
CLAIM: 0.00
COMMENT: PMT/PL-CL*BRIDGECREST/PL*426X(60+2)=LMT*BGN 12/19*$0ARRS/PL-CL

**CARNEGIE BORO- R/E TAX****
%JORDAN TAX SERVICE DLNQ CLCTR
102 RAHWAY RD
MCMURRAY, PA 15137
Trustee Claim Number:5 INT %: 10.00% CRED DESC: SECURED CREDITOR
Court Claim Number:20 ACCOUNT NO.: E324
CLAIM: 987.53
COMMENT: 103E324*CL20GOV*1086.28@10%TTL/PL*WNTS 10%*19/PL-CL*W/43

**CARLYNTON SD (CARNEGIE BORO) (RE)**
C/O ANDREWS & PRICE - DLNQ CLLCTR
1500 ARDMORE BLVD STE 506
PITTSBURGH, PA 15221
Trustee Claim Number:6 INT %: 10.00% CRED DESC: SECURED CREDITOR
Court Claim Number:23 ACCOUNT NO.: E324
CLAIM: 4,080.99
COMMENT: 103E324*3703.81@10%/PL*19/SCH-PL-CL

**PENNYMAC LOAN SERVICES LLC**
PO BOX 660929
DALLAS, TX 75266-0929
Trustee Claim Number:7 INT %: 0.00% CRED DESC: MORTGAGE REGULAR PAYMEN
Court Claim Number:22-2 ACCOUNT NO.: 7786
CLAIM: 0.00
COMMENT: CL22-2GOV*PMT/PL-CL*694.13 X(60+2)=LMT*BGN 1/20*1ST/SCH*AMD

**ACCOUNT RESOLUTION++**
17600 CHESTERFIELD AIRPORT
CHESTERFIELD, MT 63005
Trustee Claim Number:8 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
Court Claim Number: ACCOUNT NO.: 1873
CLAIM: 0.00
COMMENT: NT ADR/SCH

**ECMC(*)**
LOCKBOX #8682
PO BOX 16478
ST PAUL, MN 55116-0478
Trustee Claim Number:9 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
Court Claim Number:7 ACCOUNT NO.: 5846
CLAIM: 0.00
COMMENT: DEFERRED/PL*CL=6898.79*FR AES/PHEAA FAMILY-DOC 28

**AES (AMERICAN EDUCATION SRVCS)**
1200 N SEVENTH ST 2ND FL*
ATTN DDB TEAM
HARRISBURG, PA 17104-1444
Trustee Claim Number:10 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
Court Claim Number: ACCOUNT NO.: 0010
CLAIM: 0.00
COMMENT: DEFERRED/PL*NCT/SCH


CLAIM RECORDS

| | | |
|---|---|---|
| **AFFIRM FINANCING LOAN++** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 720 | Court Claim Number: | ACCOUNT NO.: JXP9 |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94104 | COMMENT: | |
| **BANK OF AMERICA NA**** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:6 | ACCOUNT NO.: 1512 |
| | CLAIM: 1,854.02 | |
| WILMINGTON, DE 19886-5102 | COMMENT: | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:19-2 | ACCOUNT NO.: 7159 |
| | CLAIM: 8,706.98 | |
| NORFOLK, VA 23541 | COMMENT: UPROMISE*AMD | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:2 | ACCOUNT NO.: 0276 |
| | CLAIM: 3,098.92 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.: 8948 |
| PO BOX 27288 | | |
| | CLAIM: 6,558.93 | |
| TEMPE, AZ 85282 | COMMENT: CITIBANK | |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:3 | ACCOUNT NO.: 7282 |
| PO BOX 27288 | | |
| | CLAIM: 4,224.96 | |
| TEMPE, AZ 85282 | COMMENT: CITIBANK | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:4 | ACCOUNT NO.: 1820 |
| PO BOX 15368 | | |
| | CLAIM: 3,253.55 | |
| WILMINGTON, DE 19850 | COMMENT: | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:5 | ACCOUNT NO.: 9547 |
| PO BOX 15368 | | |
| | CLAIM: 1,084.84 | |
| WILMINGTON, DE 19850 | COMMENT: | |
| **CITIZENS BANK(*)** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: 7832 |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: | |
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: X5CV |
| PO BOX 560 | | |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: PERRI SRGCL/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICES** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 725 CANTON ST | Court Claim Number: | ACCOUNT NO.: 3996 |
| | CLAIM: 0.00 | |
| NORWOOD, MA 02062 | COMMENT: QUEST DGNSTCS/SCH | |
| **CREDIT COLLECTIONS USA** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 16 DISTRIBUTOR DRIVE | Court Claim Number: | ACCOUNT NO.: 0907 |
| STE 1 | | |
| | CLAIM: 0.00 | |
| MORGANTOWN, PA 26501-7209 | COMMENT: | |
| **EVERETT & HURITE OPHTHALMIC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ASSOCIATES | Court Claim Number: | ACCOUNT NO.: 0836 |
| 1420 CENTRE AVE. | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: NT ADR/SCH | |
| **EXPRESS SCRIPTS** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 66581 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SAINT LOUIS, MO 63166-6581 | COMMENT: NT ADR/SCH | |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM 3 GROUP | Court Claim Number:9 | ACCOUNT NO.: 6266 |
| PO BOX 788 | | |
| | CLAIM: 556.48 | |
| KIRKLAND, WA 98083-0788 | COMMENT: CELTIC*INDIGO | |
| **MONEY LION** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 1547 | Court Claim Number:8 | ACCOUNT NO.: 5846 |
| | CLAIM: 312.94 | |
| SANDY, UT 84091-1547 | COMMENT: X6244/SCH*LOAN DATE 6/14/2019 | |
| **NISSAN-INFINITI LT** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 660360 | Court Claim Number:10 | ACCOUNT NO.: 4059 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75266 | COMMENT: SURR LEASE/SCH*RS/DOE*CL=$6184.72 | |
| **NISSAN-INFINITI LT** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 660360 | Court Claim Number: | ACCOUNT NO.: 3492 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75266 | COMMENT: LEASE FEES/SCH | |
| **PNC BANK NA** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:11 | ACCOUNT NO.: 5203 |
| | CLAIM: 7,507.11 | |
| CLEVELAND, OH 44101 | COMMENT: | |
| **PSYCHOTHERAPY ASSOCIATES** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2275 SWALLOW HILL RD BLDG 1000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15220 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ST CLAIR HOSPITAL** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1000 BOWER HILL RD | Court Claim Number: | ACCOUNT NO.: 2610 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15243-0899 | COMMENT: NT ADR/SCH | |
| **SYNCHRONY BANK** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:16 | ACCOUNT NO.: 7127 |
| PO BOX 41031 | | |
| | CLAIM: 3,872.40 | |
| NORFOLK, VA 23541 | COMMENT: X1288/SCH*PAYPAL | |
| **SYNCHRONY BANK** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:15 | ACCOUNT NO.: 9634 |
| PO BOX 41031 | | |
| | CLAIM: 1,427.68 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY*JCP | |
| **SYNCHRONY BANK** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:17 | ACCOUNT NO.: 4223 |
| PO BOX 41031 | | |
| | CLAIM: 3,264.16 | |
| NORFOLK, VA 23541 | COMMENT: WALMART | |
| **UPSTART** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 885 TEANECK RD | Court Claim Number: | ACCOUNT NO.: 5495 |
| | CLAIM: 0.00 | |
| TEANECK, NJ 07666 | COMMENT: NT ADR/SCH | |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:12 | ACCOUNT NO.: 0002 |
| | CLAIM: 64.66 | |
| HOUSTON, TX 77210-4457 | COMMENT: CHARGE OFF 1/25/2019 | |
| **AFNI** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| P.O. BOX 3097 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BLOOMINGTON, IL 61702 | COMMENT: NT ADR/SCH | |
| **APOTHAKER & ASSOC** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 520 FELLOWSHIP RD C 306 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| MOUNT LAUREL, NJ 08054 | COMMENT: | |
| **QUEST DIAGNOSTIC VENTURE LLC** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 740717 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CINCINNATI, OH 45274 | COMMENT: | |
| **GRB LAW**** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:13 | ACCOUNT NO.:  0001 |
| | CLAIM:  71.93 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:14 | ACCOUNT NO.:  9432 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  254.27 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |
| **CARNEGIE BORO- R/E TAX**** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SERVICE DLNQ CLCTR | Court Claim Number:20 | ACCOUNT NO.:  E324 |
| 102 RAHWAY RD | | |
| | CLAIM:  213.43 | |
| MCMURRAY, PA  15137 | COMMENT:  103E324*CL20GOV*1086.28@TTL10%/PL*NON-INT*19/PL-CL*W/5 | |
| **CARNEGIE BOROUGH (SWG)** | Trustee Claim Number:44  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLCTR | Court Claim Number:21 | ACCOUNT NO.:  E324 |
| 102 RAHWAY RD | | |
| | CLAIM:  18.42 | |
| MCMURRAY, PA  15317 | COMMENT:  103E324*CL21GOV*NT/SCH-PL*WNTS 10%*SVC THRU 12/13/19 | |
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:22-2 | ACCOUNT NO.:  7786 |
| | CLAIM:  694.13 | |
| DALLAS, TX  75266-0929 | COMMENT:  CL22-2GOV*$0/PL*THRU 12/19*1ST/SCH*AMD | |
| **KML LAW GROUP PC*** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NISSAN/PRAE | |
| **NISSAN-INFINITI LT** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 660360 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT: | |