IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ashley N. Greene,<br>        Debtor(s). | CASE NO 19-24792-CMB<br><br>Chapter 13 |
| Ronda J. Winnecour, Trustee,<br>        Movant(s),<br>vs.<br>Ashley N. Greene,<br>        Respondent(s). | Related to Docs 2, 46, and 60 |

## CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-EXEMPT INSURANCE PROCEEDS

WHEREAS, the Debtor has received non-exempt life insurance proceeds as was disclosed in an amended Schedule B filed at Doc 60;

WHEREAS, Trustee has estimated that the amount needed to complete the bankruptcy case with 100% to timely filed general unsecured creditors is $26,821;

AND now, the Trustee and Debtor (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1)  Debtor shall pay a lump sum amount to the Trustee of $26,821 within 30 days of the date of this Order ("Lump Sum Payment").

(2)  The Lump Sum Payment shall be deemed additional plan funding which, after deduction of Trustee fees, shall be added to any balance on hand and used to complete the bankruptcy case with a 100% distribution to timely filed general unsecured creditors.

(3)  Debtor shall resume long-term continuing debt payments in April 2024.

(4)  Notwithstanding the foregoing, Plan completion is subject to final audit. To the extent the balance on hand plus the Lump Sum Payment is insufficient to fund what is needed to complete the case at 100% the

      Debtor shall pay in the shortfall. To the extent of any surplus, it shall be refunded.

(5)    The terms and conditions of this Order are deemed incorporated into the Chapter 13 Plan dated 12/13/2019, as confirmed.

So Ordered, this _____ day of _____, 20_____.

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Matthew M. Brennan
Matthew M. Brennan (PA I.D. #90195)
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
412-414-9366
attorneymatthewbrennan@gmail.com
Attorney for Debtor(s)