**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CASE NO 19-24792-CMB
Ashley N. Greene,
     Debtor(s).                                     Chapter 13

Ronda J. Winnecour, Trustee,
     Movant(s),                                     Related to Docs 2, 46, and 60
vs.
Ashley N. Greene,
     Respondent(s).

**CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-EXEMPT
INSURANCE PROCEEDS**

WHEREAS, the Debtor has received non-exempt life insurance proceeds as was disclosed in an amended Schedule B filed at Doc 60;

WHEREAS, Trustee has estimated that the amount needed to complete the bankruptcy case with 100% to timely filed general unsecured creditors is $26,821;

AND now, the Trustee and Debtor (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(1)    Debtor shall pay a lump sum amount to the Trustee of $26,821 within 30 days of the date of this Order ("Lump Sum Payment").

(2)    The Lump Sum Payment shall be deemed additional plan funding which, after deduction of Trustee fees, shall be added to any balance on hand and used to complete the bankruptcy case with a 100% distribution to timely filed general unsecured creditors.

(3)    Debtor shall resume long-term continuing debt payments in April 2024.

(4)    Notwithstanding the foregoing, Plan completion is subject to final audit. To the extent the balance on hand plus the Lump Sum Payment is insufficient to fund what is needed to complete the case at 100% the

Debtor shall pay in the shortfall. To the extent of any surplus, it shall be

refunded.

(5)    The terms and conditions of this Order are deemed incorporated into the

Chapter 13 Plan dated 12/13/2019, as confirmed.

SO ORDERED
February 01, 2024

_____

Carlota M. Bohm
United States Bankruptcy Judge

FILED
2/1/24 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Matthew M. Brennan
Matthew M. Brennan (PA I.D. #90195)
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
412-414-9366
attorneymatthewbrennan@gmail.com
**Attorney for Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 19-24792-CMB

Ashley N. Greene                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Feb 01, 2024                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

**Recip ID              Recipient Name and Address**
db                  +  Ashley N. Greene, 383 Sunrise Drive, Carnegie, PA 15106-6514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

Denise Carlon
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Denise Carlon
                                on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

James Warmbrodt
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

Jeffrey R. Hunt
                                on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Keri P. Ebeck
                                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                                btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew M. Brennan

District/off: 0315-2                                      User: auto                                      Page 2 of 2

Date Rcvd: Feb 01, 2024                                  Form ID: pdf900                                  Total Noticed: 1

          on behalf of Debtor Ashley N. Greene attorneymatthewbrennan@gmail.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9