IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24792-CMB |
| | : | Chapter 13 |
| Ashley N. Greene | : | |
|    Debtor | : | Related to Doc. |
| | : | |
| Ashley N. Greene | : | |
|    Movant | : | |
|        v. | : | |
| Cavalry SPV I, LLC, Capital One Bank (USA) | : | |
| NA, JP Morgan Chase Bank, Bank of America | : | |
| NA, ECMC, MoneyLion, Quantum3 Group LLC | : | |
| Nissan Infiniti LT, PNC Bank, Verizon, | : | |
| Duquesne Light Company, LVNV Funding LLC | : | |
| Synchrony Bank, Jefferson Capital Systems | : | |
| Portfolio Recovery Associates LLC, Borough of | : | |
| Carnegie, PennyMac Loan Services, Carlynton | : | |
| School District | : | |
|    Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 27, 2019, at docket number 21, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 29, 2024

                                                                    By:    <u>/s/Matthew M. Brennan, Esq.</u>
                                                                           Matthew M. Brennan
                                                                           201 S. Highland Avenue, Suite 201
                                                                           Pittsburgh, PA 15206
                                                                           PA ID No. 90195
                                                                           412-414-9366
                                                                           attorneymatthewbrennan@gmail.com