**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ASHLEY N. GREENE<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:19-24792<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 29, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/13/2019 and confirmed on 1/31/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,279.00 |
| Less Refunds to Debtor | 1,389.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 119,889.82 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 6,311.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,311.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 35,400.63 | 0.00 | 35,400.63 |
|     Acct: 7786 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 694.13 | 694.13 | 0.00 | 694.13 |
|     Acct: 7786 | | | | |
|   CARNEGIE BORO- R/E TAX** | 987.53 | 987.53 | 129.51 | 1,117.04 |
|     Acct: E324 | | | | |
|   CARLYNTON SD (CARNEGIE BORO) (RE) | 4,080.99 | 4,080.99 | 784.96 | 4,865.95 |
|     Acct: E324 | | | | |
|   CARNEGIE BORO- R/E TAX** | 213.43 | 213.43 | 0.00 | 213.43 |
|     Acct: E324 | | | | |
|   CARNEGIE BOROUGH (SWG) | 18.42 | 18.42 | 2.75 | 21.17 |
|     Acct: E324 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 22,152.00 | 0.00 | 22,152.00 |
|     Acct: 2333 | | | | |
| | | | | 64,464.35 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ASHLEY N. GREENE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ASHLEY N. GREENE | 1,389.18 | 1,389.18 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ACCOUNT RESOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1873 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5846 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0010 | | | | |
|   AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: JXP9 | | | | |
| | BANK OF AMERICA NA** | 1,854.02 | 1,854.02 | 0.00 | 1,854.02 |
| | Acct: 1512 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 8,706.98 | 8,706.98 | 0.00 | 8,706.98 |
| | Acct: 7159 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,098.92 | 3,098.92 | 0.00 | 3,098.92 |
| | Acct: 0276 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 6,558.93 | 6,558.93 | 0.00 | 6,558.93 |
| | Acct: 8948 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 4,224.96 | 4,224.96 | 0.00 | 4,224.96 |
| | Acct: 7282 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,253.55 | 3,253.55 | 0.00 | 3,253.55 |
| | Acct: 1820 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,084.84 | 1,084.84 | 0.00 | 1,084.84 |
| | Acct: 9547 | | | | |
| | CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7832 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X5CV | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3996 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0907 | | | | |
| | EVERETT & HURITE OPHTHALMIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0836 | | | | |
| | EXPRESS SCRIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 556.48 | 556.48 | 0.00 | 556.48 |
| | Acct: 6266 | | | | |
| | MONEY LION | 312.94 | 312.94 | 0.00 | 312.94 |
| | Acct: 5846 | | | | |
| | NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4059 | | | | |
| | NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3492 | | | | |
| | PNC BANK NA | 7,507.11 | 7,507.11 | 0.00 | 7,507.11 |
| | Acct: 5203 | | | | |
| | PSYCHOTHERAPY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2610 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 3,872.40 | 3,872.40 | 0.00 | 3,872.40 |
| | Acct: 7127 | | | | |
| | LVNV FUNDING LLC | 1,427.68 | 1,427.68 | 0.00 | 1,427.68 |
| | Acct: 9634 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 3,264.16 | 3,264.16 | 0.00 | 3,264.16 |
| | Acct: 4223 | | | | |
| | UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5495 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 64.66 | 64.66 | 0.00 | 64.66 |
| | Acct: 0002 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 71.93 | 71.93 | 0.00 | 71.93 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 254.27 | 254.27 | 0.00 | 254.27 |
| | Acct: 9432 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9634 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 46,113.83 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 110,578.18 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 5,994.50 | |
| UNSECURED | 46,113.83 | |

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ASHLEY N. GREENE

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:19-24792

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24792-CMB |
| Ashley N. Greene | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley N. Greene, 383 Sunrise Drive, Carnegie, PA 15106-6514 |
| 15171352 | | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15263179 | + | Carlynton School District, within Carnegie Borough, c/o Andrews & Price, LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 15200563 | | Carvana, LLC, PO Box 29018 phoenix AZ 85038 |
| 15171363 | | Everett & Hurite, Opthalmic Association, PO Box 644804, Pittsburgh, PA 15264-4804 |
| 15171366 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15171371 | + | Psychotherapy Associates, 2275 Swallow Hill Road, Building 1000, Pittsburgh, PA 15220-1673 |
| 15171372 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15171373 | | St. Clair Hospital, Patient BIlling Processing Center, PO Box 791486, Baltimore, MD 21279-1486 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 31 2024 00:14:00 | Borough of Carnegie, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:29:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 31 2024 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:45:02 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15171351 | | Email/Text: EBNProcessing@afni.com | May 31 2024 00:16:00 | AFNI, 1310 Martin Luther Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 15171347 | | Email/Text: jhill@arc1.biz | May 31 2024 00:16:00 | Account Resolution Corporation, PO Box 3860, Chesterfield, MO 63006-3860 |
| 15171348 | + | Email/Text: bncnotifications@pheaa.org | May 31 2024 00:15:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15171349 | + | Email/Text: bncnotifications@pheaa.org | May 31 2024 00:15:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15171350 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 31 2024 01:29:02 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15171352 | ^ | MEBN | | |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | May 31 2024 00:12:07 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15171353 | + Email/Text: creditcardbkcorrespondence@bofa.com | May 31 2024 00:14:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15183241 | + Email/Text: mortgagebkcorrespondence@bofa.com | May 31 2024 00:15:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15171354 | + Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15202962 | + Email/Text: ebnjts@grblaw.com | May 31 2024 00:14:00 | Borough of Carnegie, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15171355 | + Email/Text: rm-bknotices@bridgecrest.com | May 31 2024 00:16:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15171359 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 31 2024 00:14:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 15171356 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:07:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174802 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15171357 | + Email/Text: bankruptcy@cavps.com | May 31 2024 00:16:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15172120 | + Email/Text: bankruptcy@cavps.com | May 31 2024 00:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15171360 | + Email/Text: bankruptcy@firstenergycorp.com | May 31 2024 00:16:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15171361 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 31 2024 00:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15171362 | + Email/Text: ccusa@ccuhome.com | May 31 2024 00:14:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15199483 | + Email/Text: kburkley@bernsteinlaw.com | May 31 2024 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15221353 | Email/Text: ECMCBKNotices@ecmc.org | May 31 2024 00:15:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15171365 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 31 2024 00:16:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15256527 | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2024 00:16:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15171358 | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2024 00:29:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15181031 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 31 2024 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15604002 | + Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:28:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15188454 | + Email/Text: bankruptcy@moneylion.com | May 31 2024 00:16:00 | MoneyLion, PO BOX 1547, Sandy, UT 84091-1547 |
| 15171367 | + Email/Text: bankruptcy@moneylion.com | May 31 2024 00:16:00 | Moneylion, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15195346 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 31 2024 00:14:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75001-9013 |
| 15171368 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 31 2024 00:14:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15184682 | + | Email/Text: bncnotifications@pheaa.org | May 31 2024 00:15:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15171370 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2024 00:14:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15200603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:29:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15203369 | + | Email/PDF: ebnotices@pnmac.com | May 31 2024 00:28:10 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15171369 | + | Email/PDF: ebnotices@pnmac.com | May 31 2024 00:28:09 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15194273 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:15:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15171462 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:44:50 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15171374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:27:54 | Synchrony Bank, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15171375 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 01:18:27 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15171376 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:27:59 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15171377 | + | Email/Text: LCI@upstart.com | May 31 2024 00:15:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15197024 | | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 01:07:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15171378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2024 00:14:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15178053 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15181145 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15199805 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15171364 | ##+ | Express Scripts, Attn: Cash Office, PO Box 747000, Cincinnati, OH 45274-7000 |

TOTAL: 2 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Carnegie jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Ashley N. Greene attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9