**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ashley N. Greene<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5846<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19-24792-CMB

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ashley N. Greene

<u>7/16/24</u>                                                            **By the court:** <u>Carlota M Bohm</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ashley N. Greene  
    Debtor

Case No. 19-24792-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jul 16, 2024      Form ID: 3180W      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley N. Greene, 383 Sunrise Drive, Carnegie, PA 15106-6514 |
| 15263179 | + | Carlynton School District, within Carnegie Borough, c/o Andrews & Price, LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 15200563 | | Carvana, LLC, PO Box 29018 phoenix AZ 85038 |
| 15171363 | | Everett & Hurite, Opthalmic Association, PO Box 644804, Pittsburgh, PA 15264-4804 |
| 15171366 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15171371 | + | Psychotherapy Associates, 2275 Swallow Hill Road, Building 1000, Pittsburgh, PA 15220-1673 |
| 15171372 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15171373 | | St. Clair Hospital, Patient BIlling Processing Center, PO Box 791486, Baltimore, MD 21279-1486 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 17 2024 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 17 2024 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 16 2024 23:57:00 | Borough of Carnegie, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | EDI: PRA.COM | Jul 17 2024 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 16 2024 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | EDI: AIS.COM | Jul 17 2024 03:48:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-24792-CMB    Doc 81    Filed 07/18/24    Entered 07/19/24 00:31:48    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 15171351 | | Email/Text: EBNProcessing@afni.com | Jul 16 2024 23:58:00 | AFNI, 1310 Martin Luther Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 15171347 | | Email/Text: jhill@arc1.biz | Jul 16 2024 23:58:00 | Account Resolution Corporation, PO Box 3860, Chesterfield, MO 63006-3860 |
| 15171348 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15171349 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15171350 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2024 00:17:18 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15171352 | ^ | MEBN | Jul 16 2024 23:58:21 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15171353 | + | EDI: BANKAMER | Jul 17 2024 03:48:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15183241 | + | EDI: BANKAMER2 | Jul 17 2024 03:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15171354 | + | EDI: TSYS2 | Jul 17 2024 03:48:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15202962 | + | Email/Text: ebnjts@grblaw.com | Jul 16 2024 23:57:00 | Borough of Carnegie, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15171355 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 16 2024 23:59:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15171359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2024 23:57:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 15171356 | + | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174802 | | EDI: CAPITALONE.COM | Jul 17 2024 03:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15171357 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15172120 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15171360 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 16 2024 23:58:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15171361 | + | EDI: CCS.COM | Jul 17 2024 03:48:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15171362 | + | EDI: CCUSA.COM | Jul 17 2024 03:48:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15199483 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 16 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15221353 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15171365 | + | EDI: PHINGENESIS | Jul 17 2024 03:48:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15256527 | | EDI: JEFFERSONCAP.COM | Jul 17 2024 03:48:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15171358 | | EDI: JPMORGANCHASE | Jul 17 2024 03:48:00 | Chase Card Services, Attn: Bankruptcy, Po Box |

Case 19-24792-CMB    Doc 81    Filed 07/18/24    Entered 07/19/24 00:31:48    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 15181031 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15604002 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2024 00:17:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15188454 | + | Email/Text: bankruptcy@moneylion.com | Jul 16 2024 23:59:00 | MoneyLion, PO BOX 1547, Sandy, UT 84091-1547 |
| 15171367 | + | Email/Text: bankruptcy@moneylion.com | Jul 16 2024 23:59:00 | Moneylion, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15195346 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 16 2024 23:57:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 15171368 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 16 2024 23:57:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15184682 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15171370 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2024 23:57:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15200603 | | EDI: PRA.COM | Jul 17 2024 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15203369 | + | Email/PDF: ebnotices@pnmac.com | Jul 17 2024 00:18:08 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15171369 | + | Email/PDF: ebnotices@pnmac.com | Jul 17 2024 00:18:12 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15194273 | | EDI: Q3G.COM | Jul 17 2024 03:48:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15171462 | + | EDI: AIS.COM | Jul 17 2024 03:48:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15171374 | + | EDI: SYNC | Jul 17 2024 03:48:00 | Synchrony Bank, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15171375 | + | EDI: SYNC | Jul 17 2024 03:48:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15171376 | + | EDI: SYNC | Jul 17 2024 03:48:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15171377 | + | EDI: LCIUPSTART | Jul 17 2024 03:48:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15197024 | | EDI: AIS.COM | Jul 17 2024 03:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15171378 | + | EDI: VERIZONCOMB.COM | Jul 17 2024 03:48:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| | | | |
|---|---|---|---|
| cr | * | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15178053 | *+ | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15181145 | *+ | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15199805 | *+ | | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15171364 | ##+ | | Express Scripts, Attn: Cash Office, PO Box 747000, Cincinnati, OH 45274-7000 |

TOTAL: 2 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Denise Carlon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

James Warmbrodt
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Carnegie jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Brennan
on behalf of Debtor Ashley N. Greene attorneymatthewbrennan@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9