IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ASHLEY N. GREENE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24792

Chapter 13

Document No.: 75

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___16th___ day of ___July___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/16/24 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                       Case No. 19-24792-CMB

Ashley N. Greene                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                   Page 1 of 4

Date Rcvd: Jul 16, 2024                 Form ID: pdf900                       Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley N. Greene, 383 Sunrise Drive, Carnegie, PA 15106-6514 |
| 15263179 | + | Carlynton School District, within Carnegie Borough, c/o Andrews & Price, LLC, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 15200563 | | Carvana, LLC, PO Box 29018 phoenix AZ 85038 |
| 15171363 | | Everett & Hurite, Opthalmic Association, PO Box 644804, Pittsburgh, PA 15264-4804 |
| 15171366 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15171371 | + | Psychotherapy Associates, 2275 Swallow Hill Road, Building 1000, Pittsburgh, PA 15220-1673 |
| 15171372 | | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15171373 | | St. Clair Hospital, Patient BIlling Processing Center, PO Box 791486, Baltimore, MD 21279-1486 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 16 2024 23:57:00 | Borough of Carnegie, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2024 00:18:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 16 2024 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 00:04:54 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15171351 | | Email/Text: EBNProcessing@afni.com | Jul 16 2024 23:58:00 | AFNI, 1310 Martin Luther Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 15171347 | | Email/Text: jhill@arc1.biz | Jul 16 2024 23:58:00 | Account Resolution Corporation, PO Box 3860, Chesterfield, MO 63006-3860 |
| 15171348 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15171349 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15171350 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2024 00:18:12 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 15171352 | ^ | MEBN | Jul 16 2024 23:58:22 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ |

Case 19-24792-CMB   Doc 82   Filed 07/18/24   Entered 07/19/24 00:31:48   Desc Imaged
Certificate of Notice   Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 08054-5496 |
| 15171353 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 16 2024 23:57:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15183241 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 16 2024 23:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15171354 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 16 2024 23:58:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15202962 | + | Email/Text: ebnjts@grblaw.com | Jul 16 2024 23:57:00 | Borough of Carnegie, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15171355 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 16 2024 23:59:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15171359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2024 23:57:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 15171356 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:16:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15174802 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:04:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15171357 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15172120 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15171360 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 16 2024 23:58:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15171361 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 16 2024 23:59:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15171362 | + | Email/Text: ccusa@ccuhome.com | Jul 16 2024 23:57:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15199483 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 16 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15221353 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15171365 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 16 2024 23:59:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15256527 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2024 23:59:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15171358 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2024 00:03:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15181031 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15604002 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2024 00:04:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15188454 | + | Email/Text: bankruptcy@moneylion.com | Jul 16 2024 23:59:00 | MoneyLion, PO BOX 1547, Sandy, UT 84091-1547 |
| 15171367 | + | Email/Text: bankruptcy@moneylion.com | Jul 16 2024 23:59:00 | Moneylion, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15195346 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 16 2024 23:57:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15171368 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 16 2024 23:57:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15184682 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:58:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15171370 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2024 23:57:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15200603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2024 00:03:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15203369 | + | Email/PDF: ebnotices@pnmac.com | Jul 17 2024 00:04:56 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15171369 | + | Email/PDF: ebnotices@pnmac.com | Jul 17 2024 00:04:21 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15194273 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2024 23:58:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15171462 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 00:04:57 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15171374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:04:30 | Synchrony Bank, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15171375 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:04:48 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15171376 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2024 00:04:25 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15171377 | + | Email/Text: LCI@upstart.com | Jul 16 2024 23:58:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15197024 | | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 00:17:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15171378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 16 2024 23:57:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Corporation |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15178053 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15181145 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15199805 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15171364 | ##+ | Express Scripts, Attn: Cash Office, PO Box 747000, Cincinnati, OH 45274-7000 |

TOTAL: 2 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 55 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2024           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Carnegie jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Ashley N. Greene attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9