**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ASHLEY N. GREENE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Repondents. | Case No.:19-24792 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/13/2019 and confirmed on 01/31/2020 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,279.00 |
| Less Refunds to Debtor | 2,686.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,592.60 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,000.00 | |
|     Trustee Fee | 6,311.64 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,311.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 35,400.63 | 0.00 | 35,400.63 |
|     Acct: 7786 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 694.13 | 694.13 | 0.00 | 694.13 |
|     Acct: 7786 | | | | |
|   CARNEGIE BORO- R/E TAX** | 987.53 | 987.53 | 129.51 | 1,117.04 |
|     Acct: E324 | | | | |
|   CARLYNTON SD (CARNEGIE BORO) (RE) | 3,181.35 | 3,181.35 | 522.46 | 3,703.81 |
|     Acct: E324 | | | | |
|   CARNEGIE BORO- R/E TAX** | 78.35 | 78.35 | 0.00 | 78.35 |
|     Acct: E324 | | | | |
|   CARNEGIE BOROUGH (SWG) | 18.42 | 18.42 | 2.75 | 21.17 |
|     Acct: E324 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 22,152.00 | 0.00 | 22,152.00 |
|     Acct: 2333 | | | | |
| | | | | 63,167.13 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ASHLEY N. GREENE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASHLEY N. GREENE | 1,389.18 | 1,389.18 | 0.00 | 0.00 |
| Acct: | | | | |
| ASHLEY N. GREENE | 1,162.14 | 1,162.14 | 0.00 | 0.00 |
| Acct: | | | | |
| ASHLEY N. GREENE | 135.08 | 135.08 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M BRENNAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ACCOUNT RESOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1873 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5846 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0010 | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JXP9 | | | | |
| BANK OF AMERICA NA** | 1,854.02 | 1,854.02 | 0.00 | 1,854.02 |
| Acct: 1512 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 8,706.98 | 8,706.98 | 0.00 | 8,706.98 |
| Acct: 7159 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,098.92 | 3,098.92 | 0.00 | 3,098.92 |
| Acct: 0276 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 6,558.93 | 6,558.93 | 0.00 | 6,558.93 |
| Acct: 8948 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 4,224.96 | 4,224.96 | 0.00 | 4,224.96 |
| Acct: 7282 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 3,253.55 | 3,253.55 | 0.00 | 3,253.55 |
| Acct: 1820 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,084.84 | 1,084.84 | 0.00 | 1,084.84 |
| Acct: 9547 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7832 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X5CV | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3996 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0907 | | | | |
| EVERETT & HURITE OPHTHALMIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0836 | | | | |
| EXPRESS SCRIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC - AGENT GPCC I | 556.48 | 556.48 | 0.00 | 556.48 |
| Acct: 6266 | | | | |
| MONEY LION | 312.94 | 312.94 | 0.00 | 312.94 |
| Acct: 5846 | | | | |
| NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4059 | | | | |
| NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3492 | | | | |
| PNC BANK NA | 7,507.11 | 7,507.11 | 0.00 | 7,507.11 |
| Acct: 5203 | | | | |
| PSYCHOTHERAPY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-24792 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2610 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 3,872.40 | 3,872.40 | 0.00 | 3,872.40 |
| Acct: 7127 | | | | |
| LVNV FUNDING LLC | 1,427.68 | 1,427.68 | 0.00 | 1,427.68 |
| Acct: 9634 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 3,264.16 | 3,264.16 | 0.00 | 3,264.16 |
| Acct: 4223 | | | | |
| UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5495 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 64.66 | 64.66 | 0.00 | 64.66 |
| Acct: 0002 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 71.93 | 71.93 | 0.00 | 71.93 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 254.27 | 254.27 | 0.00 | 254.27 |
| Acct: 9432 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9634 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 46,113.83 |

TOTAL PAID TO CREDITORS                                                                        109,280.96

TOTAL CLAIMED
PRIORITY            0.00
SECURED          4,959.78
UNSECURED       46.113.83

Date: 08/09/2024                                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com